**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01426

CENTURA HEALTH CORPORATION;
CATHOLIC HEALTH INITIATIVES COLORADO FOUNDATION d/b/a ST. ANTHONY HEALTH FOUNDATION and ST. ANTHONY NORTH HEALTH FOUNDATION; and CARRIE BACH,

      Plaintiffs,

v.

COMMUNITY FUNDED ENTERPRISES, INC.,

      Defendant.

---

**COMPLAINT AND JURY DEMAND**

---

Plaintiffs Centura Health Corporation ("Centura"), Catholic Health Initiatives Colorado Foundation ("CHICF") d/b/a St. Anthony Health Foundation and St. Anthony North Health Foundation, and Carrie Bach ("Ms. Bach") (collectively, "Plaintiffs"), by and through their undersigned counsel, and for their Complaint (the "Complaint") against Defendant Community Funded Enterprises, Inc. ("Community Funded"), states and alleges as follows:

**I.    PARTIES**

1. Centura is a Colorado corporation with its principal place of business at 9100 E. Mineral Circle, Centennial, CO 80112.

2. Catholic Health Initiatives Colorado Foundation is a not-for-profit entity with its principal place of business at 9100 E. Mineral Circle, Centennial, CO 80112.

3. Plaintiff Carrie Bach is an individual residing in Denver, Colorado.

4. Upon information and belief, Community Funded is a company with its principal place of business located in Fort Collins, Colorado.

## JURISDICTION AND VENUE

5. This action is brought, in part, under the Lanham Act, 15 U.S.C. § 1051 *et seq*. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 28 U.S.C. § 1367.

6. Venue is proper in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1391 because Community Funded resides in this judicial district and because a substantial part of the events giving rise to Plaintiffs' claims occurred in this judicial district.

## GENERAL ALLEGATIONS

7. Centura, a non-profit, Christian healthcare system based in Englewood, Colorado, was formed in 1996 and is an affiliation of CommonSpirit Health and AdventHealth.

8. Centura is comprised of over seventeen hospitals, thirteen affiliate hospitals, health neighborhoods, health at home, urgent care centers and emergency rooms, mountain clinics, more than one hundred physician practices and clinics, and Flight For Life® Colorado.

9. As a non-profit, faith-based organization, Centura provides health services on a needs basis rather than the ability to pay. Centura relies on charitable giving to cover services that are not reimbursed by government or private insurance plans as well as to finance building improvements, to purchase and maintain critical equipment, and to ensure access to the services it provides to all in the community.

10. Maintaining transparency and a sterling reputation in the community is critical to Centura's efforts to raise funds through charitable giving.

11. CHICF was formed in 2009 to assist Centura with raising charitable donations and to assist with Centura's community outreach programs.

12. As part of its mission, CHICF established organizations dedicated to raising charitable donations for each hospital in the Centura system to help to maintain the hospital facilities and equipment as well as to raise funds for critical services and community programs offered through the hospital.

13. St. Anthony Health Foundation ("St. Anthony Health") is a tradename of CHICF registered with the Colorado Secretary of State that is focused on raising charitable donations for St. Anthony Hospital and the programs it supports.

14. St. Anthony North Health Foundation ("St. Anthony North Health") is tradename of CHICF registered with the Colorado Secretary of State that is focused on raising charitable donations for St. Anthony North Hospital and the programs it supports.

15. In 2017, St. Anthony Health and St. Anthony North Health, among others, came together under the leadership of Bach to introduce a Nursing Scholarship Program.

16. As its name suggests, the Nursing Scholarship Program was intended to provide exceptional nursing candidates with critical funds to assist them in continuing their education and advancing in their profession.

17. St. Anthony Health's and St. Anthony North Health's efforts to raise charitable donations provided the monies needed to create and maintain the Nursing Scholarship Program and many other important programs sponsored and supported by St. Anthony Health and St. Anthony North Health.

18.     Although its name has changed over time, the Nursing Scholarship Program continues today.

**Centura's Prior Interactions with Community Funded**

19.     Beginning in early 2018, McCabe Callahan—who presented himself as "CEO/CoFounder" of Community Funded—approached at least two Centura employees, including Bach, to pitch Community Funded's services. Among other things, Callahan claimed that, in exchange for payment for services, Community Funded would provide Centura with services and technology that would assist various hospitals in the Centura system to raise substantial charitable donations.

20.     According to Callahan, Community Funded offered a technology platform that allowed its clients to conduct "crowdfunding" and "giving event initiatives" through "holistic centralized storytelling platforms, decentralized micro-sites, and integrated omni-channel marketing strategies."

21.     Callahan continued to aggressively pursue work from Centura throughout 2018.

22.     In May 2018, Callahan proposed a one-year contract to Centura for "centralized crowdfunding/fundraising and one giving event and 3 microsites." The three proposed microsites included a microsite for St. Anthony Health and a microsite for St. Anthony North Health.

23.     The proposed contract was to run from August 1, 2018 through July 31, 2019.

24.     The base cost of the proposed contract was $68,000.

25.     Centura did not accept Community Funded's May 2018 proposal.

26.     Apparently undeterred, Callahan continued to pursue work from Centura, making an additional proposal to Bach in August 2018 that focused on "discovery services" offered by

4

Community Funded that were intended to gather information to assist Centura with its annual strategic planning.

27. Centura did not accept Community Funded's second proposal and Bach attempted to cease communicating with Callahan as Centura was not interested in working with Community Funded.

28. A year later, in August 2019, Callahan again contacted Bach to pitch Community Funded's services. Bach again made clear that Centura was not interested in working with Community Funded.

29. To date, Centura has never hired Community Funded, never used any of Community Funded's services or technology, or worked with Community Funded on any charitable giving campaign.

30. Community Funded has never requested—and neither Centura nor CHICF have ever granted—permission for Community Funded to raise monies on behalf of any Centura or CHICF organization or for Community Funded to use the name of any Centura or CHICF organization in any way.

### **Community Funded's Illicit "Fundraising" Efforts**

31. In early 2021, Centura was shocked to discover during a typical internet search that Community Funded had a page on its website that was dedicated to a giving campaign that Community Funded had run allegedly to raise monies for the Nursing Scholarship Program (the "Unauthorized Site").

5

32. The URL of the Unauthorized Site is https://campaigns.communityfunded.com/projects/pc_ebcfmatt/nursing-scholarship-program/. A copy of a screenshot from the Unauthorized Site is attached as Ex. A.

33. Prior to discovering it, Centura was not aware of the existence of the Unauthorized Site.

34. The Unauthorized Site contains numerous specific references to St. Anthony North, St. Anthony North Health, Bach, and the Nursing Scholarship Program.

35. The Unauthorized Site contains words and images that appear to have been copied without authorization from materials created by Centura and CHICF, including specific passages related to the Nursing Scholarship Program.

36. The Unauthorized Site states that "Campaign receives all funds."  (Ex. A.)

37. The Unauthorized Site lists Bach as "Campaign Owner."  (Ex. A.)

38. Bach is not and never has been the owner of any campaign operated by Community Funded.

39. The Unauthorized Site states that "62 Supporters" have donated "$20,307."  (Ex. A.)

40. The Unauthorized Site states that the "project ended on March 12, 2020 @ 10:26 a.m."  (Ex. A.)

41. After conducting a further review of the Community Funded website, Centura discovered a second webpage that contained information about a charitable giving campaign conducted by Community Funded in which it solicited funds for the Nursing Scholarship Program

(the "Second Unauthorized Site") (together, with the Unauthorized Site, the "Unauthorized Microsites"). (Ex. B.)

42. The URL of the Second Unauthorized Site is https://campaigns.communityfunded.com/projects/cfsprint/nursing-scholarship-program-2/. A copy of a screenshot from the Unauthorized Site is attached as Ex. B.

43. The Second Unauthorized Site is similar to the Unauthorized Site and contains materials copied from Centura, including a description of The Nursing Scholarship Program.

44. The Second Unauthorized Site states that Community Funded's campaign ended on August 7, 2019 at 2:24 p.m. (Ex. B.)

45. The Second Unauthorized Site does not state how much money Community Funded collected or how many donors contributed money. (Ex. B.)

46. The Second Unauthorized Site lists "Engage University" as the campaign owner. (Ex. B.)

47. Upon information and belief, "Engage University" is a fictitious entity created by Community Funded. (Ex. B.)

48. To date, Centura, CHICF, and Bach have not authorized Community Funded to operate a campaign to raise monies for the Nursing Scholarship Program or to use their names or St. Anthony Health or St. Anthony North Health in any way.

49. To date, Centura, CHICF and Bach have not authorized Community Funded to copy and/or use any materials or images related to the Nursing Scholarship Program.

50. To date, Centura, CHICF, and Bach have not authorized Community Funded to solicit charitable donations on their behalf or on behalf of St. Anthony Health or St. Anthony North Health.

51. To date, Centura, CHICF, and Bach have not received any monies from Community Funded.

52. To date, Centura, CHICF, and Bach have not received any information about any of the "62 Supporters" who donated monies and therefore have not been able to contact the donors about their misdirected donations.

53. On April 6, 2021, Centura sent Community Funded a demand letter requesting, among other things, that Community Funded take down the Unauthorized Sites.

54. To date, Community Funded has not taken down the Unauthorized Sites.

## FIRST CLAIM FOR RELIEF
### (Violation of the Lanham Act, 15 U.S.C. § 1125)

55. Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 54 as if fully set forth herein.

56. Community Funded is in the business of, among other things, operating microsites and web pages for the express purpose of raising charitable donations.

57. Centura and CHICF are non-profit entities that, among other things, raise charitable donations to help fund their operations and community programs.

58. CHICF has registered St. Anthony Health Foundation and St. Anthony North Health Foundation as trade names with the Colorado Secretary of State and used the names to raise charitable donations to fund their programs.

59. Community Funded owns, controls, or operates at least two web pages—the Unauthorized Microsites.

60. On each of the Unauthorized Microsites, Community Funded purported to raise charitable donations on behalf of the Nursing Scholarship Program, a community program created and supported by, among others, CHICF through St. Anthony Health and St. Anthony North Health.

61. On each of the Unauthorized Microsites, Community Funded used materials and images that it copied without permission from Centura or CHICF.

62. By copying materials and images from Centura and CHICF without permission, Community Funded gave the false impression that the Unauthorized Microsites were affiliated with, sponsored by, approved by, or provided by Centura, CHICF, St. Anthony Health, and/or St. Anthony North Health.

63. On the Unauthorized Microsites, Community Funded used St. Anthony Health's and St. Anthony North Health's names without permission from Centura or CHICF, and Bach's names without permission from Bach.

64. Community Funded also listed Bach falsely as the "Campaign Owner" on the Unauthorized Site.

65. By using St. Anthony Health's, St. Anthony North Health's, and Bach's names without permission, Community Funded gave the false impression that the Unauthorized Microsites were affiliated with, sponsored by, approved by, or provided by Centura, CHICF, and Bach.

66. Community Funded claimed falsely on the Unauthorized Microsites that monies that were donated would go to the Nursing Scholarship Program.

67. Community Funded, through the Unauthorized Microsites, misled the public, including potential donors to CHICF, St. Anthony Health, St. Anthony North Health, and Centura, that Community Funded was a service provider authorized by CHICF and/or Centura to raise charitable donations for, among others, St. Anthony Health, St. Anthony North Health, and the Nursing Scholarship Program.

68. Community Funded, through the Unauthorized Microsites, misled the public, including potential donors to CHICF, St. Anthony Health, St. Anthony North Health, and Centura, that monies raised through the Unauthorized Microsites would go to benefit the Nursing Scholarship Program.

69. Community Funded's unauthorized conduct has damaged and will continue to damage Centura's, CHICF's, St. Anthony Health North's, St. Anthony Health's, and Bach's efforts to raise charitable donations, including in support of the Nursing Scholarship Program.

70. Plaintiffs are without an adequate remedy at law.

### SECOND CLAIM FOR RELIEF
**(Invasion of Privacy by Appropriation)**

71. Plaintiffs hereby incorporate the allegations set forth in paragraphs 1 through 70 of the Complaint as if fully set forth herein.

72. Community Funded used the names and likeness of the Plaintiffs without authorization on various sites, including the Unauthorized Microsites.

73. Community Funded's use of Plaintiffs' names and/or likenesses was for Community Funded's own purposes or benefit, commercially or otherwise.

74. As a result of Community Funded's appropriation, Plaintiffs have suffered general damages and special damages in an amount to be determined at trial.

### THIRD CLAIM FOR RELIEF
### (Unjust Enrichment)

75. Plaintiffs hereby incorporate the allegations set forth in paragraphs 1 through 74 of the Complaint as if fully set forth herein.

76. Community Funded falsely claimed an association with, and approval by, Plaintiffs to obtain charitable donations intended to benefit the Nursing Scholarship Program.

77. Community Funded received a benefit from, and at Plaintiffs' expense, of Plaintiffs' reputation in the community and Plaintiffs' prior charitable fundraising efforts.

78. Community Funded has received the benefit of thousands of dollars from donors via the Unauthorized Microsites.

79. Community Funded retained the benefit it received from Plaintiffs without providing any of the donated funds to the Nursing Scholarship Program or any of Plaintiffs' other community programs.

80. To date, Centura, CHICF, St. Anthony Health, St. Anthony North, Bach, and the Nursing Scholarship Program have not received any of the monies that were intended for them.

81. Under these circumstances, it would be unjust for Community Funded to retain any donations that it received.

82. Wherefore, Plaintiffs seek damages in an amount to be determined at trial as set forth in the Prayer below.

## FOURTH CLAIM FOR RELIEF
### (Injunctive Relief)

83. Plaintiffs hereby incorporate the allegations set forth in paragraphs 1 through 82 of the Complaint as if fully set forth herein.

84. Community Funded has engaged in conduct, and continues to engage in conduct, specifically intended to exploit Plaintiffs' reputation in the community.

85. Community Funded published or caused to be published one or more false statements of fact concerning Plaintiffs and its relationship with Plaintiffs for the express purpose of misleading the public and to obtain charitable donations under false pretenses.

86. Despite Centura's demand that it take the Unauthorized Microsites down, Community Funded has not done so.

87. Upon information or belief, Community Funded intends to continue to publish false and statements concerning Plaintiffs and its relationship with Plaintiffs in the future.

88. As a result of Community Funded's publication of the Unauthorized Microsites, Plaintiffs have sustained and will continue to sustain irreparable injury.

89. Plaintiffs are left without an adequate remedy at law because, among other things, the damage to existing and prospective charitable donors and sponsors cannot be determined as a matter of law.

90. Injunctive relief, including in the form of discovery and an injunction prohibiting Community Funded to continue operating websites that appear to be raising money for Plaintiffs, are the only way to remedy Community Funded's injurious actions.

**FIFTH CLAIM FOR RELIEF**
**(Violation of the Colorado Consumer Practice Act – C.R.S. § 6-1-105 *et seq.*)**

91. Plaintiffs hereby incorporate the allegations set forth in paragraphs 1 through 90 of the Complaint as if fully set forth herein.

92. By copying materials and images from Centura, CHICF, St. Anthony Health, and/or St. Anthony North Health without permission, Community Funded gave the false impression that the Unauthorized Microsites were sponsored by, approved by, or certified by Centura, CHICF, St. Anthony Health, St. Anthony North Health, and/or Bach.

93. By using St. Anthony Health's, St. Anthony North Health's, and Bach's names on the Unauthorized Microsites, Community Funded knowingly or recklessly made a false representation that it was affiliated, connected, or associated with or certified by Centura, CHICF, St. Anthony Health, St. Anthony North Health, and/or Bach.

94. Community Funded failed to disclose material information regarding its lack of association with or authorization from Plaintiffs to operate the Unauthorized Microsites with the intent to induce consumers to transmit monies to Community Funded.

95. Community Funded knew the Unauthorized Microsites were not sponsored, approved, certified, or authorized by Plaintiffs and that Community Funded and the Unauthorized Microsites are not affiliated with, connected with, or associated with Plaintiffs.

96. Community Funded claimed falsely on the Unauthorized Microsites that monies that were donated would go to the Nursing Scholarship Program.

97. Community Funded, through the Unauthorized Microsites, deliberately misled the public, including potential donors to CHICF, St. Anthony Health, St. Anthony North Health, and

13

Centura, that Community Funded was a service provider authorized by CHICF, St. Anthony Health, St. Anthony North Health, and/or Centura to raise charitable donations.

98. Community Funded, through the Unauthorized Microsites, deliberately misled the public, including potential donors to CHICF, St. Anthony Health, St. Anthony North Health, and Centura, that monies raised through the Unauthorized Microsites would go to benefit the Nursing Scholarship Program.

99. Community Funded knew that the monies would not be directed to Plaintiffs or to the Nursing Scholarship Program.

100. Community Funded has therefore engaged in deceptive trade practices in violation of at least the following provisions of the Colorado Consumer Practice Act: C.R.S. §§ 6-1-105(1)(b), (c), (u), and (kkk).

101. Community Funded offers services aimed at assisting nonprofits in raising funds and donations using "microsites" and online giving campaigns.

102. The Unauthorized Microsites were published in the course of Community Funded's business.

103. The Unauthorized Microsites reach the general public via the Internet.

104. Many consumers have already been deceived into giving Community Funded monies via the Unauthorized Microsites.

105. The Unauthorized Microsites are still live.

106. Centura is a non-profit, Christian healthcare system.

107. Maintaining transparency and a sterling reputation in the community is critical to Centura's efforts to raise funds through charitable giving.

108.    CHICF, including its d/b/a's St. Anthony Health and St. Anthony North Health, exists for the purpose of raising charitable donations to help fund the operations and community programs of the hospitals in the Centura system.

109.    To date, Plaintiffs have not received any monies that were donated via the Unauthorized Microsites.

110.    Plaintiffs have and will continue to suffer great reputational harm due to Community Funded's actions.

111.    Community Funded's unauthorized conduct has damaged and will continue to damage Centura's, CHICF's, St. Anthony Health North's, St. Anthony Health's, and Bach's efforts to raise charitable donations, including in support of the Nursing Scholarship Program.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Centura Health Corporation, Catholic Health Initiatives Colorado Foundation, and Carrie Bach pray that the Court enters judgment in their favor and against Defendant Community Funded Enterprises, Inc. on each and every claim asserted herein, and that they be awarded the following relief:

a.    Permanent injunctive relief that prohibits Community Funded from continuing to engage in the conduct complained of herein;

b.    Monetary damages, including special damages, in an amount to be calculated at trial;

c.    All applicable statutory penalties;

d.    Pre-judgment interest;

e.    Post-judgment interest;

   f. Litigation costs and expenses, including reasonable attorneys' fees, including pursuant to C.R.S. § 6-1-113(2)(b); and

   g. Any such further preliminary or permanent relief, including equitable relief, as this Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiffs Centura Health Corporation, Catholic Health Initiatives Colorado Foundation, and Carrie Bach demand a jury trial on all issues so triable.

Respectfully submitted this 26th day of May, 2021.

              KUTAK ROCK LLP

              *s/ Chad T. Nitta*
              Chad T. Nitta
              Jill E. Beathard
              1801 California St., Suite 3000
              Denver, CO 80202
              Tel:  303-297-2400
              Fax:  303-292-7799
              chad.nitta@kutakrock.com
              jill.beathard@kutakrock.com

              *ATTORNEYS FOR PLAINTIFF*